# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BREAKFAST REPUBLIC EAST VILLAGE, LLC, et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:18-cv-01901-BTM-BGS<br><br>**ORDER OF DISMISSAL**<br><br>**[ECF NO. 47]** |

   Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41. (ECF No. 47.) The motion is signed by the remaining parties in this action. (*Id.*) Upon due consideration, this action is **DISMISSED WITH PREJUDICE**. The Court directs the Clerk to close this case. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: November 4, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　United States District Judge